UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

<u>NEWARK</u>  FEBRUARY 7, 2011

**JUDGE:** Dickinson R. Debevoise  Cv. 10-2706 (DRD)
**COURT REPORTER**: Mollie Giordano
**DEPUTY CLERK** : Ellen McMurray

**TITLE OF CASE:**

   BURRELL   V   DISCOVER, et al

**APPEARANCES :**

Mariah Murphy, Esq for deft.
Shmuel Klein, Esq for pltf.

**NATURE OF PROCEEDINGS**:   Motion

Hearing on defendant's motion to dismiss cts 3,4 & 5.
Court reserves decision.


Ellen McMurray
Court Room Deputy


Time Commenced: 12:00   am
Time Adjourned :  12:30   pm