UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BURRELL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DFS SERVICES, LLC, d/b/a DISCOVER, ET. AL.,<br><br>　　　　　　　　Defendants. | Civ. No. 10-2706 (DRD)<br><br>**O R D E R** |

　　　This matter, having come before the Court on a motion of Defendant DFS Services, LLC ("Discover") to dismiss Plaintiff Robert Burrell's claims against it for intentional infliction of emotional distress, defamation, and negligence, pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the submissions of the parties; and for the reasons set forth in the opinion of even date,

　　　IT IS on this 3rd day of March, hereby ORDERED that Discover's motion is GRANTED. Mr. Burrell's claims against for intentional infliction of emotional distress, defamation, and negligence are dismissed in their entirety with prejudice.

　　　　　　　　　　　　　　　　　　　　　　　　 **/s/ Dickinson R. Debevoise**
　　　　　　　　　　　　　　　　　　　　　　　　DICKINSON R. DEBEVOISE, U.S.S.D.J.