Law Office of Shmuel Klein, PC
113 Cedarhill Avenue
Mahwah, New Jersey 07430
201-529-3411
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------x
ROBERT BURRELL,
    Plaintiffs,

vs.                                                        Case No. 10-2706

DISCOVER
PAYPAL BUYER CREDIT
GE MONEYS
HELIO
GOODWIN & BRYAN, LLP
NCO FINANCIAL SYSTEM INC.
    Defendants.
_____x

## STIPULATION OF DISMISSAL

The matter in difference in the above entitled action having been amicably adjusted by and between the Plaintiff, Robert Burrell, and Defendant, DB Servicing Corporation, successor to DFS Services, LLC ("Discover"), it is hereby stipulated and agreed that the action against Discover is dismissed with prejudice.

Dated: August 8, 2011

| | |
|---|---|
| By: /s/ Shmuel Klein | By: /s/ Mariah Murphy |
| Shmuel Klein, Esq. | Mariah Murphy, Esq. |
| Law Office of Shmuel Klein, PC | Ballard Spahr, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 113 Cedarhill Ave. | 210 Lake Drive East, Suite 200 |
| Mahwah NJ 07430 | Cherry Hill, NJ 08002 |
| (201) 529-3411 | (856) 873-5503 |
| Fax: (845)425-7362 | Fax: (856) 873-9077 |

_____
DICKINSON R. DEBEVOISE, USSDJ