The Law Office of Shmuel Klein, P.C.
113 Cedarhill Ave.
Mahwah, New Jersey 07430
Telephone: (201) 529-3411
Attorney for Plaintiff Robert Burrell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BURRELL,<br><br>Plaintiff<br>vs.<br><br>DFS SERVICES, LLC., d/b/a DISCOVER, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant | Case No. 10-CV-2706 |

### Stipulation of Dismissal

WHEREAS, the matter in difference in the above entitled action having been amicably adjusted by and between the Plaintiff, Robert Burrell, and Defendant, Experian Information Solutions, Inc., it is hereby stipulated and agreed that only the action against Experian Information Solutions, Inc., is dismissed with prejudice.

By: /s/ Shmuel Klein
Shmuel Klein, Esq.
Law Office of Shmuel Klein, PC
Attorney for Plaintiff
113 Cedarhill Ave.
Mahwah, NJ 07430
(201)529-3411
Fax: (845) 425-7362

By: /s/ George Spencer
George Spencer, Esq.
Jones Day
Attorney for Defendant
222 East 41st Street
New York, NY 10017-6702
(212) 326-7897
Fax: (212) 755-7306

SO ORDERED:

HON. MICHAEL A. SHIPP
United States Magistrate Judge